AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

**DISTRICT OF** RHODE ISLAND

UNITED STATES OF AMERICA

### V.

RONALD L. FISCHER

███████████████

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER: *1:05M72A*

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ____April 25, 2005____ in ____Newport____ county, in the

____ District of ____Rhode Island____ defendant(s) did, (Track Statutory Language of Offense)

with intent to avoid prosecution, custody, and confinement after conviction in Rhode Island of a felony, did travel in interstae or foreign commerce from Rhode Island

In violation of Title____18____ United States Code, Section(s) ____1073____.

I further state that I am a(n)____Deputy Marshal____ and that this complaint is based on the following

Official Title

facts:

See attached affidavit.

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_Robert J Chauth_

Signature of Complainant

Sworn to before me and subscribed in my presence,

_5/5/05_

Date

at ____Providence, R.I.____

City and State

Lincoln D. Almond, U.S. Magistrate Judge

Name & Title of Judicial Officer

Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.